# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00294-CNS

JAVIER ANDRES GARCIA CORTES,

    Petitioner,

v.

ROBERT GUADIAN, in his official capacity as Field Office Director, Denver, U.S. Immigration and Customs Enforcement,
JUAN BALTAZAR, in his official capacity as warden of the Aurora Contract Detention Facility,
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security,

    Respondents.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on February 2, 2026, [ECF No. 13] and March 2, 2026, [ECF No. 29], it is

    ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

    FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

    FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 2nd day of March, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes, Deputy Clerk